# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHIRISH KUMAR,<br><br>Petitioner,<br><br>v.<br><br>FAITH TUSIESEINA et al.,<br><br>Respondents. | **MEMORANDUM DECISION**<br>**AND ORDER**<br><br>Case No. 2:25-cv-832<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Ms. Tusieseina again seeks an order modifying the court's findings of fact and imposing ameliorative measures. *See* Dkt. No. 56. The court denies the motion.

Ms. Tusieseina specifically requests ameliorative measures that "state, for the sake of comity, that the Swedish court where Faith is being prosecuted for international child abduction dismiss that action sua sponte and allow Faith to return to the United States." *Id.* at 1. Although the court is sympathetic to the unfortunate developments Ms. Tusieseina has brought to its attention, any efforts to influence the course of Swedish criminal proceedings or the actions of Swedish law enforcement officials in Sweden are beyond the purview of the court's authority and appear better suited to diplomatic channels. To the extent these developments interfere with Ms. Tusieseina's employment and her capacity to pay Mr. Kumar's necessary expenses under 22 U.S.C. § 9007(b)(3), however, the court would entertain a motion to revisit its award of these expenses.

Docket Number 56, Defendant, Faith Tusieseina's, Second Motion for Ameliorative Measures, is **DENIED**.

**IT IS SO ORDERED.**

Dated this 20th day of April, 2026.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge